UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
ALDRIN CARAO,                            )
                                                )
      Plaintiff,                      )
                                                )  Civil Action No. 1:18-cv-11993-IT
v.                                           )
                                                )
BIOGEN INC.,                             )
                                                )
      Defendant .                  )
_____)

**PLAINTIFF ALDRIN CARAO'S MOTION**
**FOR REMAND TO STATE COURT (WITH ASSENT)**

NOW COMES YOUR PLAINTIFF Aldrin Carao and RESPECTFULLY MOVES this HONORABLE COURT that it enter its order REMANDING this action to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, and states as his reason therefor that no basis for United States jurisdiction exists for the matter, as is further set out in the accompanying Memorandum in Support hereof; and that defendant herein has ASSENTED hereto.

                                      RESPECTFULLY SUBMITTED,
                                      ALDRIN CARAO, PLAINTIFF

                                      BY HIS ATTORNEYS

                                      /s/ Paul H. Merry
                                      Paul H. Merry, Esq
                                      BBO No. 343580
                                      Elizabeth Mason, Esq.
                                      BBO No. 660915

        Law Office of Paul H. Merry
        1 Gateway Center
        300 Washington Street, Suite 308
        Newton, MA 02458
        (617) 720-2400
        paul.merry@fairworkplace.net
        elizabeth.mason@fairworkplace.net

        .

        Assented to by Attorney for Defendant Biogen Inc

        /s/ Jonathan R. Shank, Esq.
        Jonathan R. Shank, Esq.
        B.B.O. No. 672414
        JACKSON LEWIS P.C.
        75 Park Plaza, 4th Floor
        Boston, MA 02116
        (617)-367-0025
        jonathan.shank@jacksonlewis.com

CERTIFICATE OF SERVICE

  I, Paul H. Merry, hereby certify that the foregoing document was served on the defendants herein through the Electronic Court Filing System of the United States District Court for the District of Massachusetts, which system provides copies of documents filed to all counsel of record shortly following their electronic filing, which occurred on November 29, 2018.

        /s/ Paul H. Merry
        Paul H. Merry