UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALDRIN CARAO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-cv-11993-IT |
| | * | |
| | * | |
| | * | |
| BIOGEN INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER OF REMAND

TALWANI, D.J.

Pursuant to the allowance of Plaintiff's Motion for Remand [#8] on December 7, 2018,

this case is hereby remanded to the Middlesex County Superior Court.

**IT IS SO ORDERED.**

Date: December 7, 2018                              /s/ Indira Talwani
                                                   United States District Judge